IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-CR-00284-W-DW |
| v. ) | |
| ) | |
| CURTIS J. HUDSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation to Deny Defendant Curtis J. Hudson's (the "Defendant") Motion to Suppress Evidence. See Docs. 23, 32. The Defendant did not file any objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 32). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Evidence (Doc. 23).

IT IS SO ORDERED.

Date: April 15, 2015                                         /s/ Dean Whipple
                                                                       Dean Whipple
                                                              United States District Judge